**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Zachary Rubens,<br><br>Plaintiff,<br><br>v.<br><br>Operation Bluebird, Inc.,<br><br>Defendant. | Case No. 26-cv-10864<br><br>Judge John Robert Blakey |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**
**TO RESPOND TO COMPLAINT**

Defendant Operation Bluebird Inc. ("Defendant") respectfully moves the Court for an extension of time to answer or otherwise respond to the complaint of plaintiff Zachary Rubens ("Plaintiff"):

1. On September 9, 2026, Plaintiff filed his complaint.

2. The summons was served on Defendant on September 10, 2026.

3. Accordingly, Defendant's response would be due on October 1, 2026.

4. Upon service of the complaint, Defendant consulted with its counsel based in New York, but had not yet retained counsel admitted to practice in this jurisdiction.

5. Defendant recently retained the undersigned counsel, who are admitted to practice in this jurisdiction.

6. The undersigned counsel have filed appearances and are familiarizing themselves with the facts of the case. They require more time to review relevant documentation and communicate with Defendant. The undersigned counsel are also coordinating with Defendant's New York counsel to assist with a *pro hac vice* admission.

7. Accordingly, Defendants seek a one-week extension of time until October 8, 2026 to file their reply in support of their motion to dismiss.

8. Defendants have not sought a prior extension of time to file their reply in support of their motion to dismiss.

9. This modest request for a one-week extension will not prejudice any party or unnecessarily delay this matter.

10. Counsel for Plaintiff has indicated via email on September 29, 2026 that Plaintiff does not object to this motion.

Wherefore, Defendants respectfully request the Court enter an order: (a) granting this motion; (b) extending the time for Defendants to answer or otherwise plead to October 8, 2026; and (c) granting such further relief as the Court deems equitable and appropriate.

Dated: October 1, 2026

Respectfully submitted,

Operation Bluebird, Inc.

By: /s/ Michael S. Shapiro
Tomlinson & Shapiro, P.C.
5440 N. Cumberland Ave., Suite 111
Chicago, IL 60656
Phone: (312) 715-8770
Fax: (866) 625-7089
Email: mss@tomlinsonshapiro.com
knv@tomlinsonshapiro.com

By: /s/ Robert Cohen
(pro hac vice admission pending)
COHEN LITIGATION PLLC
535 Fifth Avenue, 4th Floor
New York, New York 10017
Tel: 212.257.1901
Email: rob@cohenlitigation.com

Attorneys for Defendant Operation Bluebird Inc.

## CERTIFICATE OF SERVICE

I, Michael S. Shapiro, an attorney, hereby certify that on October 1, 2026, I electronically filed the foregoing **Unopposed Motion for Extension of Time to Respond to Complaint** with the Clerk of the Court using the CM/ECF system, which caused a copy of the filing to be served on all attorneys of record:

By: /s/ Michael S. Shapiro
Michael S. Shapiro